Lawrence J. Gornick (SBN 136290)
Emily Charley (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE HOLDEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　Defendant. | No. C 06 0253 EMC<br><br>Before the Honorable EDWARD M. CHEN<br><br>[~~PROPOSED~~] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date:　APRIL 19, 2006<br>Conference Time:　1:30 p.m.<br>Location:　　　　Courtroom C, 15TH Fl. |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the APRIL 19, 2006 Case Management Conference ("CMC") to _____ August 9, 2006 ___, at __ 1:30 p.m. In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED**

DATED: April 10, 2006

_____
HONORABLE EDWARD M. CHEN
United States District Court Judge

---

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1