# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ Rec'd  MAY 18 06  ★
BROOKLYN OFFICE

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By: Mecca S. Carter
Deputy Clerk

Attachment

cc:   Transferee Judge:        Judge Jack B. Weinstein
       Transferor Judges:       (See Attached List of Judges)
       Transferor Clerk:        Richard W. Wieking

JPML Form 36



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY    2006

FILED
CLERK'S OFFICE

### DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-49)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 1 7 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Case 3:06-cv-00253-JSW   Document 9   Filed 08/28/06   Page 3 of 13
Case 1:04-md-01596-JBW-RLM   Document 567   Filed 05/19/2006   Page 3 of 13

PAGE 1 of 9

# SCHEDULE CTO-49 - TAG-ALONG ACTIONS
# DOCKET NO. 1596
# IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

<u>DIST. DIV. C.A. #</u>          <u>CASE CAPTION</u>

CALIFORNIA NORTHERN

| | | |
|---|---|---|
| CAN 3 | 05-4829 | Amber Brennan v. Eli Lilly & Co. |
| CAN 3 | 05-4830 | Marlene Romero v. Eli Lilly & Co. |
| CAN 3 | 05-4832 | Anita Hollowell, et al. v. Eli Lilly & Co. |
| CAN 3 | 05-4833 | James Saleeby, etc. v. Eli Lilly & Co. |
| CAN 3 | 05-4892 | Carolyn Seward et al. v. Eli Lilly & Co. |
| CAN 3 | 05-4895 | Steven Leeper v. Eli Lilly & Co. |
| CAN 3 | 05-4902 | Russell Halterman, et al. v. Eli Lilly & Co. |
| CAN 3 | 05-4908 | Zachary Gilman v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~05-5009~~ | ~~Clarence King, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3~~ | ~~05-5011~~ | ~~Shannon Harbison, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 05-5013 | Leonard Ward v. Eli Lilly & Co. |
| CAN 3 | 05-5029 | Michelle Gerst, et al. v. Eli Lilly & Co. |
| CAN 3 | 05-5032 | Rose Marie Marchiny v. Eli Lilly & Co. |
| CAN 3 | 05-5033 | Coreen Hansen v. Eli Lilly & Co. |
| CAN 3 | 05-5074 | Willie Evans v. Eli Lilly & Co. |
| CAN 3 | 05-5077 | Shannon Miller v. Eli Lilly & Co. |
| CAN 3 | 05-5078 | Joshua Hudson v. Eli Lilly & Co. |
| CAN 3 | 05-5093 | David Strawn v. Eli Lilly & Co. |
| CAN 3 | 05-5094 | Jim Ayala v. Eli Lilly & Co. |
| CAN 3 | 05-5096 | Michael Keizur v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~05-5149~~ | ~~Thomas Partlow v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 05-5150 | Jeffrey Oldewurtel v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~05-5152~~ | ~~Michael Horton v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 05-5153 | Christopher Parlato, et al. v. Eli Lilly & Co. |
| CAN 3 | 05-5266 | Duane Long v. Eli Lilly & Co. |
| CAN 3 | 05-5267 | Fausto Gutierrez-Cruz v. Eli Lilly & Co. |
| CAN 3 | 05-5268 | Harlan Kenyon, et al. v. Eli Lilly & Co. |
| CAN 3 | 05-5269 | Mark Conder, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-31 | Jeannie Swartz v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-35~~ | ~~Rose Cook, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3~~ | ~~06-40~~ | ~~Tammie Pinkney v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-41 | Artisha Easterly, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-248 | Patricia Glace v. Eli Lilly & Co. |
| CAN 3 | 06-252 | Howard Gilbert, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-253 | Debbie Holden v. Eli Lilly & Co. |
| CAN 3 | 06-894 | Daryl Paul v. Eli Lilly & Co. |
| CAN 3 | 06-895 | Eugenne Salmon v. Eli Lilly & Co. |
| CAN 3 | 06-896 | Debra Mcclelland v. Eli Lilly & Co. |
| CAN 3 | 06-897 | Pamela Blish v. Eli Lilly & Co. |
| CAN 3 | 06-898 | Celita Finney v. Eli Lilly & Co. |
| CAN 3 | 06-899 | Duane Windom v. Eli Lilly & Co. |
| CAN 3 | 06-900 | Jerome Dennis v. Eli Lilly & Co. |
| CAN 3 | 06-901 | Timothy Lee v. Eli Lilly & Co. |
| CAN 3 | 06-903 | Kimberly Fortunato v. Eli Lilly & Co. |
| CAN 3 | 06-904 | Floretia Harris v. Eli Lilly & Co. |
| CAN 3 | 06-905 | Della Collins v. Eli Lilly & Co. |
| CAN 3 | 06-952 | Constance Heg v. Eli Lilly & Co. |
| CAN 3 | 06-955 | Ollie Dotson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-956 | Anthony Hardenbrock v. Eli Lilly & Co. |
| CAN 3 | 06-957 | Linda Wright v. Eli Lilly & Co. |
| CAN 3 | 06-958 | Ronald Rarric v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 2 of 9

| | | |
|---|---|---|
| CAN 3 | 06-959 | Philip G. Roulo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-960 | Richard Anderson v. Eli Lilly & Co. |
| CAN 3 | 06-961 | Paul E. Boring, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-962 | Silas Bennett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-965 | Rhona Smith, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-966 | Sherry Stone, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-967 | Timmons Hill v. Eli Lilly & Co. |
| CAN 3 | 06-968 | Violet Adamovich, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-969 | Laurie Woloszyn v. Eli Lilly & Co. |
| CAN 3 | 06-970 | Tania Rupert, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-972 | Vickie Abasta v. Eli Lilly & Co. |
| CAN 3 | 06-976 | Anthony Jackson v. Eli Lilly & Co. |
| CAN 3 | 06-979 | Estella Mullings v. Eli Lilly & Co. |
| CAN 3 | 06-981 | Cheryl Hill v. Eli Lilly & Co. |
| CAN 3 | 06-983 | Aaron Roberts v. Eli Lilly & Co. |
| CAN 3 | 06-984 | Mary Willhoite v. Eli Lilly & Co. |
| CAN 3 | 06-987 | Tuesday Golden, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-989 | Vag Mayi v. Eli Lilly & Co. |
| CAN 3 | 06-990 | Constance Fuller v. Eli Lilly & Co. |
| CAN 3 | 06-991 | Louise Rodriguez v. Eli Lilly & Co. |
| CAN 3 | 06-994 | Jason Evans v. Eli Lilly & Co. |
| CAN 3 | 06-995 | Aaron Kirkland v. Eli Lilly & Co. |
| CAN 3 | 06-996 | Laura Dalena v. Eli Lilly & Co. |
| CAN 3 | 06-997 | Roger Mount, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-998 | Teresa Brando v. Eli Lilly & Co. |
| CAN 3 | 06-999 | Linda Hilton v. Eli Lilly & Co. |
| CAN 3 | 06-1001 | Adam Santucci v. Eli Lilly & Co. |
| CAN 3 | 06-1003 | Assefa Enkuneh v. Eli Lilly & Co. |
| CAN 3 | 06-1004 | Linda Tafoya-Bassett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1005 | Cheryl D. Adams v. Eli Lilly & Co. |
| CAN 3 | 06-1006 | Kathleen Koche v. Eli Lilly & Co. |
| CAN 3 | 06-1007 | Juan Saffold v. Eli Lilly & Co. |
| CAN 3 | 06-1008 | Gloria Scott v. Eli Lilly & Co. |
| CAN 3 | 06-1009 | Mary Smith v. Eli Lilly & Co. |
| CAN 3 | 06-1010 | Craig Lucas v. Eli Lilly & Co. |
| CAN 3 | 06-1011 | Charmine Laney v. Eli Lilly & Co. |
| CAN 3 | 06-1013 | Karen Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1023 | Pat Colvin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1024 | Charles H. Butler, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1025 | Bart Russell v. Eli Lilly & Co. |
| CAN 3 | 06-1026 | Deborah Hargraves v. Eli Lilly & Co. |
| CAN 3 | 06-1027 | Robin Mcgowan v. Eli Lilly & Co. |
| CAN 3 | 06-1028 | Josie Miller v. Eli Lilly & Co. |
| CAN 3 | 06-1029 | Ralph Cole v. Eli Lilly & Co. |
| CAN 3 | 06-1031 | Theodore Comer, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1033 | Craig Green v. Eli Lilly & Co. |
| CAN 3 | 06-1034 | Judith Kokesh, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1035 | Hollis Greenspan v. Eli Lilly & Co. |
| CAN 3 | 06-1036 | Mildred Robek, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1037 | Linda Rockman v. Eli Lilly & Co. |
| CAN 3 | 06-1039 | John Molinaro, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1040 | John Wardlow v. Eli Lilly & Co. |
| CAN 3 | 06-1041 | Henry Wolfe, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1042 | Karlina Ann Temple, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1043 | Scott Murphy v. Eli Lilly & Co. |
| CAN 3 | 06-1044 | Sabenna D. Burgess v. Eli Lilly & Co. |
| CAN 3 | 06-1045 | John Sgarlata, et al. v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1046~~ | ~~Timothy Savage v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3~~ | ~~06-1049~~ | ~~Benjamin Wolf v. Eli Lilly & Co.~~ Vacated 5/4/06 |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 3 of 9

CAN 3  06-1050  Howard Grove, et al. v. Eli Lilly & Co.
CAN 3  06-1051  Anna Andrake, et al. v. Eli Lilly & Co.
CAN 3  06-1052  Connie L. Zimmerman, et al. v. Eli Lilly & Co.
CAN 3  06-1053  Patricia D. Sowa, et al. v. Eli Lilly & Co.
CAN 3  06-1054  Priscilla Shrader v. Eli Lilly & Co.
CAN 3  06-1056  Janet Janssen v. Eli Lilly & Co.
CAN 3  06-1057  Mary Kathryn Isom, et al. v. Eli Lilly & Co.
CAN 3  06-1058  Dean Brenner, et al. v. Eli Lilly & Co.
CAN 3  06-1060  Cathy Strickland, et al. v. Eli Lilly & Co.
CAN 3  06-1061  Joseph Teleky, et al. v. Eli Lilly & Co.
CAN 3  06-1062  Brenda Hunter v. Eli Lilly & Co.
CAN 3  06-1063  Steven Tomaselli v. Eli Lilly & Co.
CAN 3  06-1064  Theresa Trotman v. Eli Lilly & Co.
CAN 3  06-1076  Michael D. Raynor, et al. v. Eli Lilly & Co.
CAN 3  06-1077  Rommell Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1078  Noemi Hernandez v. Eli Lilly & Co.
CAN 3  06-1079  Wandy Deasy v. Eli Lilly & Co.
CAN 3  06-1080  Joe Flores v. Eli Lilly & Co.
~~CAN 3  06-1081  Dante Barfield v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1082  Felipe Flores v. Eli Lilly & Co.
CAN 3  06-1083  Jamal G. Treadwell v. Eli Lilly & Co.
CAN 3  06-1084  Ward Marks v. Eli Lilly & Co.
CAN 3  06-1085  Carroll Vanover v. Eli Lilly & Co.
CAN 3  06-1086  Sandy Laverich v. Eli Lilly & Co.
CAN 3  06-1088  Alberta Johnson v. Eli Lilly & Co.
CAN 3  06-1090  Greg Bauder v. Eli Lilly & Co.
CAN 3  06-1091  Linda Soule v. Eli Lilly & Co.
CAN 3  06-1093  Pampatha Mitchell, et al. v. Eli Lilly & Co.
CAN 3  06-1096  Keith Bacon v. Eli Lilly & Co.
CAN 3  06-1099  James Fraser v. Eli Lilly & Co.
CAN 3  06-1100  Lois Osenga v. Eli Lilly & Co.
CAN 3  06-1103  Brandon Holmes v. Eli Lilly & Co.
CAN 3  06-1106  Gary Gauthier v. Eli Lilly & Co.
CAN 3  06-1108  Leilani Jones v. Eli Lilly & Co.
CAN 3  06-1110  Theresa Hill v. Eli Lilly & Co.
CAN 3  06-1111  Marguerite Joiner v. Eli Lilly & Co.
CAN 3  06-1112  Glenna Rohr v. Eli Lilly & Co.
CAN 3  06-1113  Diana Platts v. Eli Lilly & Co.
CAN 3  06-1116  Toni Iness v. Eli Lilly & Co.
CAN 3  06-1117  Carlos Garcia v. Eli Lilly & Co.
CAN 3  06-1118  Jason Skaggs v. Eli Lilly & Co.
CAN 3  06-1119  Kimberly Johnson, et al. v. Eli Lilly & Co.
CAN 3  06-1122  James Thomas v. Eli Lilly & Co.
CAN 3  06-1123  Bruce Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1124  Jeffrey Hamlet v. Eli Lilly & Co.
CAN 3  06-1125  Timothy Miller v. Eli Lilly & Co.
CAN 3  06-1126  James Arns v. Eli Lilly & Co.
CAN 3  06-1127  Severa Cruz v. Eli Lilly & Co.
CAN 3  06-1128  Brian Rickard v. Eli Lilly & Co.
CAN 3  06-1129  Peter Klein, et al. v. Eli Lilly & Co.
CAN 3  06-1131  James J. Duchnowski, et al. v. Eli Lilly & Co.
CAN 3  06-1132  Jamel Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-1133  Alvie M. Laver v. Eli Lilly & Co.
CAN 3  06-1134  Shirley Eddy v. Eli Lilly & Co.
CAN 3  06-1135  Robin Cameron, et al. v. Eli Lilly & Co.
CAN 3  06-1155  Lisa Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1156  Dale Hoblit, et al. v. Eli Lilly & Co.
CAN 3  06-1158  William C. Briggs, et al. v. Eli Lilly & Co.
CAN 3  06-1159  Norine Ciaio v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 4 of 9

CAN 3  06-1160            Yash Kapur v. Eli Lilly & Co.
CAN 3  06-1161            Doreen Bell v. Eli Lilly & Co.
CAN 3  06-1162            William O'brien v. Eli Lilly & Co.
CAN 3  06-1163            Kimberly Hopkins v. Eli Lilly & Co.
CAN 3  06-1164            Florence Karolyi v. Eli Lilly & Co.
CAN 3  06-1168            Kathlene Cheriki v. Eli Lilly & Co.
CAN 3  06-1170            Susan Kline v. Eli Lilly & Co.
CAN 3  06-1171            Dennis Muschitz v. Eli Lilly & Co.
CAN 3  06-1172            Patricia Banks v. Eli Lilly & Co.
CAN 3  06-1174            David Chismar, et al. v. Eli Lilly & Co.
CAN 3  06-1175            Virginia Craig v. Eli Lilly & Co.
~~CAN 3  06-1178~~            ~~Sandra Nyberg, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1179            Lehman Brownell v. Eli Lilly & Co.
CAN 3  06-1180            Yolanda Araujo v. Eli Lilly & Co.
CAN 3  06-1182            Karen Halechko v. Eli Lilly & Co.
CAN 3  06-1184            Gerald Garfield, et al. v. Eli Lilly & Co.
CAN 3  06-1185            Tyna Bass v. Eli Lilly & Co.
CAN 3  06-1186            Antonio Daniel v. Eli Lilly & Co.
CAN 3  06-1187            Pat Miller, et al. v. Eli Lilly & Co.
CAN 3  06-1188            Alberta Oliviri v. Eli Lilly & Co.
CAN 3  06-1190            Juawawno Boone v. Eli Lilly & Co.
CAN 3  06-1194            Anne Johnson v. Eli Lilly & Co.
CAN 3  06-1195            Paul Matthews v. Eli Lilly & Co.
CAN 3  06-1198            Ann Marie Gianetto v. Eli Lilly & Co.
CAN 3  06-1199            Kathy Martin v. Eli Lilly & Co.
~~CAN 3  06-1200~~            ~~Gould Mcclarny v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1201            Waymon Donat v. Eli Lilly & Co.
CAN 3  06-1202            Richard Jenkins, et al. v. Eli Lilly & Co.
CAN 3  06-1204            Frank Giacomazzo v. Eli Lilly & Co.
CAN 3  06-1206            Letha Russell v. Eli Lilly & Co.
CAN 3  06-1207            Patricia Glenn, et al. v. Eli Lilly & Co.
CAN 3  06-1209            Judith A. Gunnette, et al. v. Eli Lilly & Co.
CAN 3  06-1230            John Bowermaster v. Eli Lilly & Co.
CAN 3  06-1231            Patrick Callaway v. Eli Lilly & Co.
CAN 3  06-1232            Mary Lee v. Eli Lilly & Co.
CAN 3  06-1233            Barbara Pupo v. Eli Lilly & Co.
CAN 3  06-1235            Iris Wohlt, et al. v. Eli Lilly & Co.
CAN 3  06-1236            Darrel Vail v. Eli Lilly & Co.
CAN 3  06-1237            Charles Coffman v. Eli Lilly & Co.
CAN 3  06-1239            Lauree Ward v. Eli Lilly & Co.
CAN 3  06-1240            Patricia Pirotta v. Eli Lilly & Co.
CAN 3  06-1241            Larry Pancher v. Eli Lilly & Co.
CAN 3  06-1242            Jo Marie Santi v. Eli Lilly & Co.
CAN 3  06-1244            Gail F. Cowher v. Eli Lilly & Co.
CAN 3  06-1245            Cox v. Eli Lilly & Co.
CAN 3  06-1246            Kenneth Crawford v. Eli Lilly & Co.
CAN 3  06-1263            William J. Crawford v. Eli Lilly & Co.
CAN 3  06-1267            Kimberly Santagata, et al. v. Eli Lilly & Co.
CAN 3  06-1269            Harrison Sarver, et al. v. Eli Lilly & Co.
CAN 3  06-1270            Rivers v. Eli Lilly & Co.
CAN 3  06-1273            Marianne Capelle, et al. v. Eli Lilly & Co.
CAN 3  06-1274            Kathleen Mark, et al. v. Eli Lilly & Co.
CAN 3  06-1281            Scott M. Tucker v. Eli Lilly & Co.
CAN 3  06-1282            Nancy L. French v. Eli Lilly & Co.
CAN 3  06-1293            Michael J. Watkins v. Eli Lilly & Co.
CAN 3  06-1294            Gerald L. Fletcher v. Eli Lilly & Co.
CAN 3  06-1297            Pamela A. Pence, et al. v. Eli Lilly & Co.
CAN 3  06-1299            Ashraf M. Hashmi v. Eli Lilly & Co.
~~CAN 3  06-1308~~            ~~Manford Hanson v. Eli Lilly & Co.~~ Vacated 5/4/06

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                    PAGE 5 of 9

CAN 3  06-1310          Wesley Kirby v. Eli Lilly & Co.
CAN 3  06-1312          Beth Smith, et al. v. Eli Lilly & Co.
CAN 3  06-1313          Leilani Jones v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1320          Josie L. Murray v. Eli Lilly & Co.
CAN 3  06-1327          Beatrice L. Elserougi v. Eli Lilly & Co.
CAN 3  06-1328          Valerie J. Mirabile v. Eli Lilly & Co.
CAN 3  06-1330          Larry Reyes v. Eli Lilly & Co.
CAN 3  06-1333          Kathleen A. Hawk v. Eli Lilly & Co.
CAN 3  06-1334          Robert Koch v. Eli Lilly & Co.
CAN 3  06-1339          Ernestine Bowyer v. Eli Lilly & Co.
CAN 3  06-1340          Airetta P.J. Becica v. Eli Lilly & Co.
CAN 3  06-1343          Marie D. Price v. Eli Lilly & Co.
CAN 3  06-1344          Lawrence Segers, Jr. v. Eli Lilly & Co.
CAN 3  06-1354          Rick Alldrin, et al. v. Eli Lilly & Co.
CAN 3  06-1356          Lionel Arms, et al. v. Eli Lilly & Co.
CAN 3  06-1373          Judith A. Stanley v. Eli Lilly & Co.
CAN 3  06-1374          Donna M. Strasburger v. Eli Lilly & Co.
CAN 3  06-1376          Richard Keith, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1379          Deborah A. Couch v. Eli Lilly & Co.
CAN 3  06-1382          Donald R. Dimartino v. Eli Lilly & Co.
CAN 3  06-1387          Wesley Kirby v. Eli Lilly & Co. Vacated 5/17/06
CAN 3  06-1388          Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co.
CAN 3  06-1389          Brandy S. Morgan v. Eli Lilly & Co.
CAN 3  06-1392          Donna L. Wojnovich v. Eli Lilly & Co.
CAN 3  06-1393          Caren L. Wilson v. Eli Lilly & Co.
CAN 3  06-1396          Charlene West v. Eli Lilly & Co.
CAN 3  06-1397          Mary Senf v. Eli Lilly & Co.
CAN 3  06-1398          Nancy L. Axe v. Eli Lilly & Co.
CAN 3  06-1400          Judy M. Fisher v. Eli Lilly & Co.
CAN 3  06-1401          Azie Gould Mcclardy v. Eli Lilly & Co.
CAN 3  06-1404          Robert Young v. Eli Lilly & Co.
CAN 3  06-1405          Peter Williams v. Eli Lilly & Co.
CAN 3  06-1406          Marlene Rogala v. Eli Lilly & Co.
CAN 3  06-1432          Shantell Wade-Herbert, et al. v. Eli Lilly & Co.
CAN 3  06-1433          Evelina Zollicoffer, et al. v. Eli Lilly & Co.
CAN 3  06-1435          David R. Werner v. Eli Lilly & Co.
CAN 3  06-1437          Earnest L. Davis v. Eli Lilly & Co.
CAN 3  06-1439          Joann Philbin, et al. v. Eli Lilly & Co.
CAN 3  06-1442          Barrett v. Eli Lilly & Co.
CAN 3  06-1443          Carol A. Bartlett v. Eli Lilly & Co.
CAN 3  06-1457          Howard Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1458          Bernadine A. Bienias v. Eli Lilly & Co.
CAN 3  06-1460          Richard A. Hernandez v. Eli Lilly & Co.
CAN 3  06-1462          Sandra M. Johnson v. Eli Lilly & Co.
CAN 3  06-1465          Heber Olsen, et al. v. Eli Lilly & Co.
CAN 3  06-1466          James Cutter v. Eli Lilly & Co.
CAN 3  06-1467          Adnan Tuncel v. Eli Lilly & Co.
CAN 3  06-1468          Shirley A. Jones v. Eli Lilly & Co.
CAN 3  06-1469          Zackarius E. Kleinsasser v. Eli Lilly & Co.
CAN 3  06-1472          Damon L. Dowdell v. Eli Lilly & Co.
CAN 3  06-1473          Jennifer L. Kebler v. Eli Lilly & Co.
CAN 3  06-1476          Linda K. Hartle v. Eli Lilly & Co.
CAN 3  06-1477          Oradean Foster v. Eli Lilly & Co.
CAN 3  06-1479          Maurice Looney v. Eli Lilly & Co.
CAN 3  06-1480          Andrew J.w. Walker v. Eli Lilly & Co.
CAN 3  06-1481          Gregory Knight v. Eli Lilly & Co.
CAN 3  06-1482          Harriet F. Haughiout v. Eli Lilly & Co.
CAN 3  06-1484          Mary E. Hunter v. Eli Lilly & Co.
CAN 3  06-1486          Marvette L. Keys v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 6 of 9

| | | |
|---|---|---|
| CAN 3 | 06-1487 | Dino S. Catlin v. Eli Lilly & Co. |
| CAN 3 | 06-1489 | William S. Sutterer v. Eli Lilly & Co. |
| CAN 3 | 06-1490 | Sarah M. Tanner, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1491 | Robert Zimmerman v. Eli Lilly & Co. |
| CAN 3 | 06-1493 | David Martinez v. Eli Lilly & Co. |
| CAN 3 | 06-1494 | Sandy Fry v. Eli Lilly & Co. |
| CAN 3 | 06-1495 | Larry M. Call v. Eli Lilly & Co. |
| CAN 3 | 06-1497 | Stephen La Joie, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1525 | Angela Overeynder, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1527 | Richard Frentz v. Eli Lilly & Co. |
| CAN 3 | 06-1530 | Joel Feser v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1532~~ | ~~Gerald Garfield, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1533 | Eric Padgett v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1534~~ | ~~Alberta Johnson v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1537 | Karen Broughton v. Eli Lilly & Co. |
| CAN 3 | 06-1538 | Kathleen Deitchler, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1540 | Marla Barton v. Eli Lilly & Co. |
| CAN 3 | 06-1542 | Jacob Reed, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1543 | William Maloney v. Eli Lilly & Co. |
| CAN 3 | 06-1544 | Connie E. Mcclintock v. Eli Lilly & Co. |
| CAN 3 | 06-1547 | Barbara Lanini v. Eli Lilly & Co. |
| CAN 3 | 06-1548 | Sari Gehrke, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1549 | Tyrone Jeter v. Eli Lilly & Co. |
| CAN 3 | 06-1550 | Duane A. Tillman v. Eli Lilly & Co. |
| CAN 3 | 06-1552 | Deborah Winfrey v. Eli Lilly & Co. |
| CAN 3 | 06-1553 | Blondean Sims v. Eli Lilly & Co. |
| CAN 3 | 06-1554 | Edward Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1556 | Allegra M. Weaver v. Eli Lilly & Co. |
| CAN 3 | 06-1559 | Jane R. Evans v. Eli Lilly & Co. |
| CAN 3 | 06-1562 | David Bell v. Eli Lilly & Co. |
| CAN 3 | 06-1563 | Dorothy Sheppard v. Eli Lilly & Co. |
| CAN 3 | 06-1565 | Lucy Martinez, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1566 | Troy R. Geddis v. Eli Lilly & Co. |
| CAN 3 | 06-1567 | Georgette M. Mcbride v. Eli Lilly & Co. |
| CAN 3 | 06-1605 | Mary Deschenes, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1606 | Laurice Kory, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1611 | Michelle Medlin v. Eli Lilly & Co. |
| CAN 3 | 06-1613 | Erin Linn Goodpasture v. Eli Lilly & Co. |
| CAN 3 | 06-1614 | Donna Cuadrez, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1615 | Gary Osborne v. Eli Lilly & Co. |
| CAN 3 | 06-1618 | Rhonda Abtahi v. Eli Lilly & Co. |
| CAN 3 | 06-1620 | Gerald Boehmer, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1622 | Jacqueline Lipka v. Eli Lilly & Co. |
| CAN 3 | 06-1623 | Jim Aldine, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1624 | Donna Taylor v. Eli Lilly & Co. |
| CAN 3 | 06-1625 | Nicholas Gonzales v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1626~~ | ~~Ann Dutton v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1627 | Eddie Ray Harris v. Eli Lilly & Co. |
| CAN 3 | 06-1628 | Carl M. Eisaman v. Eli Lilly & Co. |
| CAN 3 | 06-1643 | James Graham, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1644 | Wayne Dixon, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1692 | Deborah A. King v. Eli Lilly & Co. |
| CAN 3 | 06-1693 | Antoinette C. Smith v. Eli Lilly & Co. |
| CAN 3 | 06-1697 | Eleanor E. Pugliese v. Eli Lilly & Co. |
| CAN 3 | 06-1699 | James D. Fusner v. Eli Lilly & Co. |
| CAN 3 | 06-1701 | Richard B. Slater, Jr. v. Eli Lilly & Co. |
| CAN 3 | 06-1702 | Marcella L. Lowry v. Eli Lilly & Co. |

Case 3:06-cv-00253-JSW Document 9 Filed 08/28/06 Page 9 of 13
Case 1:04-md-01596-JBW-RLM Document 567 Filed 05/19/2006 Page 9 of 13

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 7 of 9

| | | |
|---|---|---|
| CAN 3 | 06-1705 SC | Donald D. Hetrick v. Eli Lilly & Co. |
| CAN 3 | 06-1706 JSW | Carol S. Buvoltz v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1708~~ | ~~Gerald L. Fletcher v. Eli Lilly & Co.~~ Vacated 5/17/06 |
| CAN 3 | 06-1709 SI | Ronald J. Elardo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1712 WHA | Beverly Sikora, et al. v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1757~~ | ~~Linda L. Nevei v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1758 SC | Gina Mcdonald v. Eli Lilly & Co. |
| CAN 3 | 06-1761 MHP | Tracy K. Mueller v. Eli Lilly & Co. |
| CAN 3 | 06-1770 SI | Madeline Elsener v. Eli Lilly & Co. |
| CAN 3 | 06-1787 MJJ | Joe Stevenson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1788 MJJ | Helene M. Lotka v. Eli Lilly & Co. |
| CAN 3 | 06-1819 SC | Don Wilson v. Eli Lilly & Co. |
| CAN 3 | 06-1825 WHA | Darren A. Wimley v. Eli Lilly & Co. |
| CAN 3 | 06-1847 PJH | Shireen L. Thomas, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1852 MJJ | Curtis C. Tomkins v. Eli Lilly & Co. |
| CAN 3 | 06-1856 PJH | Irish G. Whaley v. Eli Lilly & Co. |
| CAN 3 | 06-1859 MJJ | Conrad F. Sammet, Jr. v. Eli Lilly & Co. |
| CAN 3 | 06-1860 SI | Brandy L. Rooks, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1931 JSW | Jorenda Bolden v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-2038~~ | ~~Helene M. Lotka v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3~~ | ~~06-2188~~ | ~~Timothy Johnson, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2283 WHA | Johnnena Washington v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-2385~~ | ~~Russel Woodrow, et al. v. Eli Lilly & Co.~~ Opposed 5/17/06 |
| ~~CAN 3~~ | ~~06-2386~~ | ~~John Grant, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2398 MHP | Duane Inks v. Eli Lilly & Co. |
| CAN 3 | 06-2399 MJJ | Eunice Asher v. Eli Lilly & Co. |
| CAN 3 | 06-2420 JSW | Eiraje Hajebi, et al. v. Eli Lilly & Co., et al. |
| CAN 3 | 06-2421 JSW | David Engstrom, et al. v. Eli Lilly & Co., et al. |
| ~~CAN 3~~ | ~~06-2489~~ | ~~Andra Alexander, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |
| CAN 3 | 06-2609 MJJ | Eric John Hornisher, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-4831 | Don Pledger, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-4894 | Tonya Alexander v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~05-5097~~ | ~~Cynthia Akins, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 4~~ | ~~05-5098~~ | ~~Shannon La' Rocque v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 05-5099 | Timothy O'neill v. Eli Lilly & Co. |
| CAN 4 | 05-5148 | Mark Sewell v. Eli Lilly & Co. |
| CAN 4 | 05-5151 | Tammy Kelly, et al. v. Eli Lilly & Co. |
| CAN 4 | 05-5291 | Alberta Smiley-Harris v. Eli Lilly & Co. |
| CAN 4 | 05-5292 | Denine Cook v. Eli Lilly & Co. |
| CAN 4 | 06-8 | Jerry Lee Ginn, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-39 | Viola Ward v. Eli Lilly & Co. |
| CAN 4 | 06-250 | David Sensenig v. Eli Lilly & Co. |
| CAN 4 | 06-893 | George Carmack v. Eli Lilly & Co. |
| CAN 4 | 06-906 | Franklin Fraley v. Eli Lilly & Co. |
| CAN 4 | 06-954 | Patsy Shows v. Eli Lilly & Co. |
| CAN 4 | 06-973 | Sidney Carson, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-974 | Patricia Grillot v. Eli Lilly & Co. |
| CAN 4 | 06-977 | Daniel Lemke v. Eli Lilly & Co. |
| CAN 4 | 06-980 | Natalie Summers v. Eli Lilly & Co. |
| CAN 4 | 06-985 | Ruth Porter, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-988 | Ronald Kemp v. Eli Lilly & Co. |
| CAN 4 | 06-993 | Steven Dektor v. Eli Lilly & Co. |
| CAN 4 | 06-1022 | Martha Meyer, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1030 | John Luthy v. Eli Lilly & Co. |
| CAN 4 | 06-1032 | James P. Ledney, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1038 | Hazel Blumenschein v. Eli Lilly & Co. |
| CAN 4 | 06-1048 | Dante Barfield v. Eli Lilly & Co. |
| CAN 4 | 06-1055 | Faye Montgomery v. Eli Lilly & Co. |
| CAN 4 | 06-1059 | Dennis Taylor, et al. v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 8 of 9

CAN 4  06-1087        Maria Jordan v. Eli Lilly & Co.
CAN 4  06-1089        Maria Mercado v. Eli Lilly & Co.
CAN 4  06-1097        John Popielarcheck, et al. v. Eli Lilly & Co.
CAN 4  06-1102        Michelle Auger v. Eli Lilly & Co.
CAN 4  06-1107        Manford Hanson v. Eli Lilly & Co.
CAN 4  06-1115        Shultz, et al. v. Eli Lilly & Co.
CAN 4  06-1121        Mandy Brown v. Eli Lilly & Co.
CAN 4  06-1130        Heather Duff v. Eli Lilly & Co.
CAN 4  06-1157        Sharon Lavas v. Eli Lilly & Co.
CAN 4  06-1165        Gregory Kelker v. Eli Lilly & Co.
CAN 4  06-1167        Linda Martorana v. Eli Lilly & Co.
CAN 4  06-1169        Mamie Hurt v. Eli Lilly & Co.
CAN 4  06-1173        Fern Malayeco v. Eli Lilly & Co.
CAN 4  06-1176        Fred Botos, et al. v. Eli Lilly & Co.
CAN 4  06-1181        William Cossick v. Eli Lilly & Co.
CAN 4  06-1183        James Bacon v. Eli Lilly & Co.
CAN 4  06-1189        Jesse Frausto, et al. v. Eli Lilly & Co.
CAN 4  06-1192        John Ondo v. Eli Lilly & Co.
CAN 4  06-1196        Robert Hawkins v. Eli Lilly & Co.
CAN 4  06-1197        Maxine Burkley v. Eli Lilly & Co.
CAN 4  06-1203        Andrea Mendoza v. Eli Lilly & Co.
CAN 4  06-1205        Deb Osburn, et al. v. Eli Lilly & Co.
~~CAN 4  06-1234        John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 4  06-1238        Ernest Chaves v. Eli Lilly & Co.
CAN 4  06-1243        Robert Campbell v. Eli Lilly & Co.
CAN 4  06-1271        Rosa A. Hoffman, et al. v. Eli Lilly & Co.
CAN 4  06-1272        Bonnie Hall, et al. v. Eli Lilly & Co.
CAN 4  06-1298        Kenneth F. Gibson v. Eli Lilly & Co.
~~CAN 4  06-1309        Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 4  06-1324        Milan J. Veres, et al. v. Eli Lilly & Co.
CAN 4  06-1325        Mensenia E. Deloach v. Eli Lilly & Co.
CAN 4  06-1338        Linda R. Linn v. Eli Lilly & Co.
CAN 4  06-1360        Gwen Davis, et al. v. Eli Lilly & Co.
CAN 4  06-1372        Beth M. Seigenfuse v. Eli Lilly & Co.
CAN 4  06-1375        Tracy E. Reed v. Eli Lilly & Co.
CAN 4  06-1378        Charles Weldon, et al. v. Eli Lilly & Co.
CAN 4  06-1381        Tyrone Johnson v. Eli Lilly & Co.
CAN 4  06-1386        Gurley E. Glenn v. Eli Lilly & Co.
CAN 4  06-1391        Florence B. Perry v. Eli Lilly & Co.
CAN 4  06-1450        Sandra J. Forbes v. Eli Lilly & Co.
CAN 4  06-1451        Rafael A. Beltran v. Eli Lilly & Co.
CAN 4  06-1452        Ida L. Hollis v. Eli Lilly & Co.
CAN 4  06-1455        Mary G. Chenger, et al. v. Eli Lilly & Co.
CAN 4  06-1456        Patricia Murnin, et al. v. Eli Lilly & Co.
CAN 4  06-1459        Mary E. Jones v. Eli Lilly & Co.
CAN 4  06-1461        David R. Carroll v. Eli Lilly & Co.
CAN 4  06-1471        Frank J. Young v. Eli Lilly & Co.
CAN 4  06-1478        Joann C. Moffitt v. Eli Lilly & Co.
CAN 4  06-1496        Dranoel E. Browne v. Eli Lilly & Co.
CAN 4  06-1498        Karla Tomastik v. Eli Lilly & Co.
CAN 4  06-1501        Tracy L. Ayers v. Eli Lilly & Co.
CAN 4  06-1536        Noreen Corduck, et al. v. Eli Lilly & Co.
CAN 4  06-1539        Edward Truitt v. Eli Lilly & Co.
CAN 4  06-1546        Eugene R. Davis v. Eli Lilly & Co.
CAN 4  06-1560        Borys Bohonik v. Eli Lilly & Co.
CAN 4  06-1561        Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co.
CAN 4  06-1569        Marcus L. Guy v. Eli Lilly & Co.
CAN 4  06-1607        Barbara Murray, et al. v. Eli Lilly & Co.
CAN 4  06-1694        Toritha D. Ewell v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 9 of 9

| | | |
|---|---|---|
| CAN 4 | 06-1696 | David Barton Thomas v. Eli Lilly & Co. |
| CAN 4 | 06-1704 | Tracy L. Jones Hayman v. Eli Lilly & Co. |
| CAN 4 | 06-1707 | Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1765~~ | ~~Nellie G. Sarver v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1827 | Norma L. Terry v. Eli Lilly & Co. |
| CAN 4 | 06-1844 | Jason Tsangaris v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-2384~~ | ~~Saundra Burns, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |

## INVOLVED COUNSEL LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

# INVOLVED JUDGES LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton *
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102